Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−22240−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosemarie Crenshaw
   2514 Conserve Circle Apt. 306
   Apopka, FL 32703

Social Security No.:
   xxx−xx−2900

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/7/26
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 19, 2025
JAN: pbf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Rosemarie Crenshaw  
    Debtor

Case No. 25-22240-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Nov 19, 2025      Form ID: 132      Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rosemarie Crenshaw, 2514 Conserve Circle Apt. 306, Apopka, FL 32703-0080 |
| 520888116 | + | Compass Recovery Group, LLC, 3135 Walden Avenue, Suite 4, Depew, NY 14043-2700 |
| 520888133 | | Genesis FS Card Services, PO Box 203030, Columbus, GA 31829 |
| 520888141 | | Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 520888142 | + | Ocean Psychotherapy Services, LLC, 252 Washington Street, Toms River, NJ 08753-7582 |
| 520888152 | | Uplift Inc/Flexpay, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 19 2025 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 19 2025 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520888092 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 19 2025 21:02:03 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520888091 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 19 2025 21:13:47 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520888093 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2025 21:13:22 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520888094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2025 21:13:21 | CAP1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520888096 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2025 21:13:22 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520888095 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2025 21:01:49 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520888097 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 19 2025 21:13:46 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520888098 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 19 2025 21:24:01 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 520888100 | ^ | MEBN | Nov 19 2025 20:54:19 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market St # 4869, San Francisco, CA 94114-1612 |
| 520888099 | ^ | MEBN | Nov 19 2025 20:54:13 | Cherry Technologies Inc, 2261 Market St, 4869, San Francisco, CA 94114-1612 |
| 520888101 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Nov 19 2025 21:13:34 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520888102 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2025 21:13:42 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520888103 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 520888104 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520888106 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888105 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 520888108 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenity Bank/Justice, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520888107 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenity Bank/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 520888109 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520888110 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888114 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | ComenityCapital/Modell, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888113 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | ComenityCapital/Modell, PO Box 182120, Columbus, OH 43218-2120 |
| 520888112 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888111 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenitybank/New York, PO Box 182789, Columbus, OH 43218-2789 |
| 520888115 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2025 20:57:00 | Comenitycapital/sakscc, PO Box 182120, Columbus, OH 43218-2120 |
| 520888117 | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 19 2025 20:57:00 | Credit Collection Service, 725 Canton St, Norwood, MA 02062-2679 |
| 520888118 | Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2025 21:01:03 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520888119 | Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2025 21:13:22 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520888120 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 19 2025 21:13:47 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520888121 | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 19 2025 21:13:42 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097 |
| 520888122 | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 19 2025 21:13:46 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 520888125 | Email/Text: BNSFN@capitalsvcs.com | Nov 19 2025 20:56:00 | First Nataional Bank/Legacy, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888126 | Email/Text: BNSFN@capitalsvcs.com | Nov 19 2025 20:56:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 520888127 | Email/Text: BNSFS@capitalsvcs.com | Nov 19 2025 20:56:00 | First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888128 | Email/Text: BNSFS@capitalsvcs.com | | |

| Recipient ID | Notice Type | Date/Time | Address |
|---|---|---|---|
| | | Nov 19 2025 20:56:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 520888129 | Email/Text: BNBLAZE@capitalsvcs.com | Nov 19 2025 20:56:00 | First Savings Bank/Blaze, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888130 | Email/Text: BNBLAZE@capitalsvcs.com | Nov 19 2025 20:56:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 520888124 | Email/Text: bnc-bluestem@quantum3group.com | Nov 19 2025 20:57:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520888123 | Email/Text: bnc-bluestem@quantum3group.com | Nov 19 2025 20:57:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520888132 | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 19 2025 20:56:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520888131 | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 19 2025 20:56:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 520888134 | Email/Text: govtaudits@labcorp.com | Nov 19 2025 20:56:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520888136 | Email/Text: camanagement@mtb.com | Nov 19 2025 20:57:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520888135 | Email/Text: camanagement@mtb.com | Nov 19 2025 20:57:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 520888139 | Email/Text: EBN@Mohela.com | Nov 19 2025 20:56:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520888137 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 19 2025 21:01:50 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520888140 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 19 2025 20:56:00 | New Jersey EZ Pass, PO Box 4973, Trenton, NJ 08650-4973 |
| 520888143 | Email/Text: enotifications@santanderconsumerusa.com | Nov 19 2025 20:57:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520888145 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 21:13:33 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888144 + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 21:01:46 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520888147 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 21:01:46 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888146 + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 21:13:23 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888149 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 21:01:05 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888148 + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 21:13:46 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888150 + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 21:01:48 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888151 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2025 21:01:01 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520888153 | Email/Text: bknotice@upgrade.com | Nov 19 2025 20:56:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery St Ste 2300, San Francisco, CA 94111-3366 |
| 520888154 + | Email/Text: PDELINQ@sba.gov | Nov 19 2025 20:56:00 | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 60

Case 25-22240-CMG    Doc 7    Filed 11/21/25    Entered 11/22/25 00:15:49    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: 132 | Total Noticed: 66 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520888138 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Rosemarie Crenshaw bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3