| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Rosemarie Crenshaw<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2900<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:  13  11/18/25 | |
| Case number: | 25–22240–CMG | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rosemarie Crenshaw | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2514 Conserve Circle Apt. 306<br>Apopka, FL 32703 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800<br><br>Email: bkclient@straffilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 11/19/25 |

**For more information, see page 2**

Official Form 309I    Notice of Chapter 13 Bankruptcy Case    page 1

Debtor **Rosemarie Crenshaw**                                                                                     Case number **25–22240–CMG**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **December 18, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 807 540 1358, Click on JOIN using passcode 8954134040, or call 1–609–766–9830**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/17/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/27/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22240-CMG |
| Rosemarie Crenshaw | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 19, 2025 | Form ID: 309I | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rosemarie Crenshaw, 2514 Conserve Circle Apt. 306, Apopka, FL 32703-0080 |
| 520888116 | + | Compass Recovery Group, LLC, 3135 Walden Avenue, Suite 4, Depew, NY 14043-2700 |
| 520888133 | | Genesis FS Card Services, PO Box 203030, Columbus, GA 31829 |
| 520888141 | | Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 520888142 | + | Ocean Psychotherapy Services, LLC, 252 Washington Street, Toms River, NJ 08753-7582 |
| 520888152 | | Uplift Inc/Flexpay, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bkclient@straffilaw.com | Nov 19 2025 20:56:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755 |
| tr | | Email/Text: bnc@russotrustee.com | Nov 19 2025 20:57:00 | Albert Russo, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650-4853 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 19 2025 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 19 2025 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520888092 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 19 2025 21:13:42 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520888091 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 19 2025 21:13:26 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520888093 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2025 21:13:33 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520888094 | | EDI: CAPITALONE.COM | Nov 20 2025 01:50:00 | CAP1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520888096 | | EDI: CAPITALONE.COM | Nov 20 2025 01:50:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520888095 | | EDI: CAPITALONE.COM | Nov 20 2025 01:50:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520888097 | | EDI: JPMORGANCHASE | Nov 20 2025 01:50:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520888098 | | EDI: JPMORGANCHASE | Nov 20 2025 01:50:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 520888100 | ^ | MEBN | | |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: 309I | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| | | Nov 19 2025 20:54:19 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market St # 4869, San Francisco, CA 94114-1612 |
| 520888099 | ^ MEBN | | |
| | | Nov 19 2025 20:54:13 | Cherry Technologies Inc, 2261 Market St, 4869, San Francisco, CA 94114-1612 |
| 520888101 | EDI: CITICORP | | |
| | | Nov 20 2025 01:50:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520888102 | EDI: CITICORP | | |
| | | Nov 20 2025 01:50:00 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520888103 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 520888104 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520888106 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888105 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 520888108 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenity Bank/Justice, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520888107 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenity Bank/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 520888109 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520888110 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888114 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | ComenityCapital/Modell, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888113 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | ComenityCapital/Modell, PO Box 182120, Columbus, OH 43218-2120 |
| 520888112 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888111 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenitybank/New York, PO Box 182789, Columbus, OH 43218-2789 |
| 520888115 | EDI: WFNNB.COM | | |
| | | Nov 20 2025 01:50:00 | Comenitycapital/sakscc, PO Box 182120, Columbus, OH 43218-2120 |
| 520888117 | EDI: CCS.COM | | |
| | | Nov 20 2025 01:50:00 | Credit Collection Service, 725 Canton St, Norwood, MA 02062-2679 |
| 520888118 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Nov 19 2025 21:01:57 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520888119 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Nov 19 2025 21:13:33 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520888120 | + EDI: MAXMSAIDV | | |
| | | Nov 20 2025 01:50:00 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520888121 | Email/PDF: acg.exeter.ebn@aisinfo.com | | |
| | | Nov 19 2025 21:03:03 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097 |
| 520888122 | Email/PDF: acg.exeter.ebn@aisinfo.com | | |
| | | Nov 19 2025 21:13:28 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 520888125 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Nov 19 2025 20:56:00 | First Nataional Bank/Legacy, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888126 | Email/Text: BNSFN@capitalsvcs.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 19 2025 20:56:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 520888127 | | Email/Text: BNSFS@capitalsvcs.com | Nov 19 2025 20:56:00 | First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888128 | | Email/Text: BNSFS@capitalsvcs.com | Nov 19 2025 20:56:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 520888129 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 19 2025 20:56:00 | First Savings Bank/Blaze, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888130 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 19 2025 20:56:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 520888124 | | EDI: BLUESTEM | Nov 20 2025 01:50:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520888123 | | EDI: BLUESTEM | Nov 20 2025 01:50:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520888132 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 19 2025 20:56:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520888131 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 19 2025 20:56:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 520888134 | | Email/Text: govtaudits@labcorp.com | Nov 19 2025 20:56:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520888136 | | Email/Text: camanagement@mtb.com | Nov 19 2025 20:57:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520888135 | | Email/Text: camanagement@mtb.com | Nov 19 2025 20:57:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 520888139 | | Email/Text: EBN@Mohela.com | Nov 19 2025 20:56:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520888137 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 19 2025 21:00:57 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520888140 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 19 2025 20:56:00 | New Jersey EZ Pass, PO Box 4973, Trenton, NJ 08650-4973 |
| 520888143 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 19 2025 20:57:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520888145 | | EDI: SYNC | Nov 20 2025 01:50:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888144 | + | EDI: SYNC | Nov 20 2025 01:50:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520888147 | | EDI: SYNC | Nov 20 2025 01:50:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888146 | + | EDI: SYNC | Nov 20 2025 01:50:00 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888149 | | EDI: SYNC | Nov 20 2025 01:50:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888148 | + | EDI: SYNC | Nov 20 2025 01:50:00 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888150 | + | EDI: SYNC | Nov 20 2025 01:50:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888151 | | EDI: SYNC | Nov 20 2025 01:50:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520888153 | | Email/Text: bknotice@upgrade.com | Nov 19 2025 20:56:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery St Ste 2300, San Francisco, CA 94111-3366 |
| 520888154 | + | Email/Text: PDELINQ@sba.gov | Nov 19 2025 20:56:00 | US Small Business Administration, 14925 |

Kingsport Road, Fort Worth, TX 76155-2243

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520888138 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025    Signature:    /s/Gustava Winters