Certificate Number: 14912-NJ-DE-040650931

Bankruptcy Case Number: 25-22240



14912-NJ-DE-040650931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2026, at 1:48 o'clock PM EST, Rosemarie Crenshaw completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 23, 2026                By:   /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor