Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-22240 / CMG**

Rosemarie Crenshaw

Petition Filed Date: 11/18/2025
341 Hearing Date: 12/18/2025
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/08/2025 | $400.00 | | 01/07/2026 | $400.00 | | 02/06/2026 | $400.00 | |

**Total Receipts for the Period:  $1,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Rosemarie Crenshaw | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq. | Attorney Fees<br>Hold Funds: Reserve | $4,650.00 | $0.00 | $4,650.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $680.95 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,647.43 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,878.76 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,460.69 | $0.00 | $0.00 |
| 5 | Santander Consumer USA Inc.<br>»» 2017 INFINITI Q50 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | NEW JERSEY TURNPIKE AUTHORITY<br>»» UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $1,232.70 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL | Unsecured Creditors | $5,001.62 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $9,639.80 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,656.27 | $0.00 | $0.00 |
| 10 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,602.39 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $6,902.28 | $0.00 | $0.00 |
| 12 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $108,644.98 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PAYPAL CREDIT | Unsecured Creditors | $7,513.58 | $0.00 | $0.00 |
| 14 | INTERCOASTAL FINANCIAL LLC<br>»» FIRST ELECTRONIC BANK/RAYMOUR AND<br>FLANIGAN | Unsecured Creditors | $5,056.75 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP LLC AS AGENT<br>»» ANN TAYLOR | Unsecured Creditors | $2,126.72 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-22240 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT<br>»» VIC SECRET | Unsecured Creditors | $564.26 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT<br>»» EXPRESS | Unsecured Creditors | $1,015.69 | $0.00 | $0.00 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $99.75 | $0.00 | $0.00 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $246.00 | $0.00 | $0.00 |
| 20 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $163.00 | $0.00 | $0.00 |
| 21 | LAKEVIEW LOAN SERVICING LLC<br>»» 103 WALNUT ST | Mortgage Arrears | $478.02 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $88.80 | Arrearages: | $0.00 |
| Funds on Hand: | $1,111.20 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

