Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 25−22240−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosemarie Crenshaw
2514 Conserve Circle Apt. 306
Apopka, FL 32703

Social Security No.:
    xxx−xx−2900

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              6/24/26
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 7, 2026
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 25-22240-CMG

Rosemarie Crenshaw                                                               Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 5

Date Rcvd: May 07, 2026                       Form ID: 132                          Total Noticed: 79

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rosemarie Crenshaw, 2514 Conserve Circle Apt. 306, Apopka, FL 32703-0080 |
| 520888116 | + | Compass Recovery Group, LLC, 3135 Walden Avenue, Suite 4, Depew, NY 14043-2700 |
| 520888133 | | Genesis FS Card Services, PO Box 203030, Columbus, GA 31829 |
| 520888141 | | Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 520888142 | + | Ocean Psychotherapy Services, LLC, 252 Washington Street, Toms River, NJ 08753-7582 |
| 520888152 | | Uplift Inc/Flexpay, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520888092 | | Email/PDF: AffirmBKNotifications@resurgent.com | May 07 2026 21:37:58 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520888091 | | Email/PDF: AffirmBKNotifications@resurgent.com | May 07 2026 21:37:58 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520888093 | | Email/PDF: bncnotices@becket-lee.com | May 07 2026 21:37:42 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520933231 | | Email/PDF: bncnotices@becket-lee.com | May 07 2026 21:37:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520953534 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2026 21:37:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520888094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2026 21:37:27 | CAP1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520888096 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2026 21:37:27 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520888095 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2026 21:37:27 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520897820 | + | Email/PDF: ebn_ais@aisinfo.com | May 07 2026 21:37:30 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520888097 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 07 2026 21:37:40 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |

District/off: 0312-3                              User: admin                                    Page 2 of 5

Date Rcvd: May 07, 2026                          Form ID: 132                                    Total Noticed: 79

| | | | |
|---|---|---|---|
| 520888098 | Email/PDF: ais.chase.ebn@aisinfo.com | May 07 2026 21:37:40 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 520888100 | ^ MEBN | May 07 2026 21:28:00 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market St # 4869, San Francisco, CA 94114-1612 |
| 520888099 | ^ MEBN | May 07 2026 21:28:00 | Cherry Technologies Inc, 2261 Market St, 4869, San Francisco, CA 94114-1612 |
| 520888101 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2026 21:37:45 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520888102 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2026 21:37:59 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520888103 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 520888104 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520888106 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888105 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 520888108 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenity Bank/Justice, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520888107 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenity Bank/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 520888109 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520888110 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888114 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | ComenityCapital/Modell, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888113 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | ComenityCapital/Modell, PO Box 182120, Columbus, OH 43218-2120 |
| 520888112 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888111 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenitybank/New York, PO Box 182789, Columbus, OH 43218-2789 |
| 520888115 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 07 2026 21:35:00 | Comenitycapital/sakscc, PO Box 182120, Columbus, OH 43218-2120 |
| 520888117 | Email/Text: bankruptcy_notifications@ccsusa.com | May 07 2026 21:36:00 | Credit Collection Service, 725 Canton St, Norwood, MA 02062-2679 |
| 520888118 | Email/PDF: creditonebknotifications@resurgent.com | May 07 2026 21:37:28 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520888119 | Email/PDF: creditonebknotifications@resurgent.com | May 07 2026 21:37:28 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520888120 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 07 2026 21:37:55 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520888122 | Email/Text: exeter@ebn.phinsolutions.com | May 07 2026 21:35:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 520888121 | Email/Text: exeter@ebn.phinsolutions.com | May 07 2026 21:35:00 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097 |

| Account | | Method / Address | Date | Recipient |
|---|---|---|---|---|
| 520888125 | | Email/Text: BNSFN@capitalsvcs.com | May 07 2026 21:34:00 | First Nataional Bank/Legacy, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888126 | | Email/Text: BNSFN@capitalsvcs.com | May 07 2026 21:34:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 520888127 | | Email/Text: BNSFS@capitalsvcs.com | May 07 2026 21:34:00 | First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888128 | | Email/Text: BNSFS@capitalsvcs.com | May 07 2026 21:34:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 520888129 | | Email/Text: BNSFS@capitalsvcs.com | May 07 2026 21:34:00 | First Savings Bank/Blaze, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888130 | | Email/Text: BNSFS@capitalsvcs.com | May 07 2026 21:34:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 520888124 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2026 21:37:25 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520888123 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2026 21:37:25 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520888132 | | Email/Text: Atlanticus@ebn.phinsolutions.com | May 07 2026 21:34:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520888131 | | Email/Text: Atlanticus@ebn.phinsolutions.com | May 07 2026 21:34:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 520945779 | + | Email/Text: gbechakas@outlook.com | May 07 2026 21:35:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 520941367 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 07 2026 21:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520919986 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 07 2026 21:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520888134 | | Email/Text: govtaudits@labcorp.com | May 07 2026 21:35:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520893149 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2026 21:37:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520955977 | ^ | MEBN | May 07 2026 21:28:23 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520888136 | | Email/Text: camanagement@mtb.com | May 07 2026 21:35:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520888135 | | Email/Text: camanagement@mtb.com | May 07 2026 21:35:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 520888139 | | Email/Text: EBN@Mohela.com | May 07 2026 21:35:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520937972 | | Email/Text: EBN@Mohela.com | May 07 2026 21:35:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520888137 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2026 21:37:25 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520888140 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 07 2026 21:34:00 | New Jersey EZ Pass, PO Box 4973, Trenton, NJ 08650-4973 |
| 520909032 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 07 2026 21:34:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520919119 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2026 21:37:43 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520949718 | | Email/Text: bnc-quantum@quantum3group.com | May 07 2026 21:36:00 | Quantum3 Group LLC as agent for, Comenity |

District/off: 0312-3 User: admin Page 4 of 5

Date Rcvd: May 07, 2026 Form ID: 132 Total Noticed: 79

| | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|
| 520888143 | | Email/Text: enotifications@santanderconsumerusa.com | |
| | | May 07 2026 21:36:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520908627 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | May 07 2026 21:36:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520888145 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 07 2026 21:37:26 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888144 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 07 2026 21:37:27 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520888147 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 07 2026 21:37:27 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 07 2026 21:37:54 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888149 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 07 2026 21:37:52 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888148 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 07 2026 21:37:53 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 07 2026 21:37:52 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888151 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 07 2026 21:37:52 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520888153 | | Email/Text: bknotice@upgrade.com | |
| | | May 07 2026 21:34:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery St Ste 2300, San Francisco, CA 94111-3366 |
| 520888154 | + | Email/Text: bankruptcynotices@sba.gov | |
| | | May 07 2026 21:35:00 | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 73

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520919988 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520920839 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520888138 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                    Signature:        /s/Gustava Winters

District/off: 0312-3

Date Rcvd: May 07, 2026

User: admin

Form ID: 132

Page 5 of 5

Total Noticed: 79

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Rosemarie Crenshaw bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5