Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−22240−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosemarie Crenshaw
2514 Conserve Circle Apt. 306
Apopka, FL 32703

Social Security No.:
xxx−xx−2900

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 25, 2026.

Dated: June 25, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Rosemarie Crenshaw

     Debtor

Case No. 25-22240-CMG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: plncf13 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rosemarie Crenshaw, 2514 Conserve Circle Apt. 306, Apopka, FL 32703-0080 |
| 520888116 | + | Compass Recovery Group, LLC, 3135 Walden Avenue, Suite 4, Depew, NY 14043-2700 |
| 520888133 | | Genesis FS Card Services, PO Box 203030, Columbus, GA 31829 |
| 520888141 | | Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 520888142 | + | Ocean Psychotherapy Services, LLC, 252 Washington Street, Toms River, NJ 08753-7582 |
| 520888152 | | Uplift Inc/Flexpay, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520888092 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 25 2026 21:14:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520888091 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 25 2026 21:14:37 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520888093 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2026 21:14:28 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520933231 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2026 21:14:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520953534 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:14:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520888094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 21:15:14 | CAP1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520888096 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 21:14:23 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520888095 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 21:14:23 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520897820 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 25 2026 21:15:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520888097 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 25 2026 21:14:56 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |

District/off: 0312-3                      User: admin                              Page 2 of 5

Date Rcvd: Jun 25, 2026                   Form ID: plncf13                          Total Noticed: 79

| | | | |
|---|---|---|---|
| 520888098 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 25 2026 21:14:57 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 520888100 | ^ MEBN | Jun 25 2026 21:04:37 | Cherry Technologies Inc, Attn: Bankruptcy, 2261 Market St # 4869, San Francisco, CA 94114-1612 |
| 520888099 | ^ MEBN | Jun 25 2026 21:04:36 | Cherry Technologies Inc, 2261 Market St, 4869, San Francisco, CA 94114-1612 |
| 520888101 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 21:15:05 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520888102 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 21:15:21 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 520888103 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 520888104 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520888106 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888105 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 520888108 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/Justice, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520888107 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 520888109 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520888110 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888114 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | ComenityCapital/Modell, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888113 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | ComenityCapital/Modell, PO Box 182120, Columbus, OH 43218-2120 |
| 520888112 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520888111 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenitybank/New York, PO Box 182789, Columbus, OH 43218-2789 |
| 520888115 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2026 21:07:00 | Comenitycapital/sakscc, PO Box 182120, Columbus, OH 43218-2120 |
| 520888117 | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 25 2026 21:07:00 | Credit Collection Service, 725 Canton St, Norwood, MA 02062-2679 |
| 520888118 | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2026 21:14:25 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520888119 | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2026 21:14:28 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520888120 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 25 2026 21:14:59 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 520888122 | Email/Text: exeter@ebn.phinsolutions.com | Jun 25 2026 21:07:00 | Exeter Finance LLC, Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 520888121 | Email/Text: exeter@ebn.phinsolutions.com | Jun 25 2026 21:07:00 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097 |

District/off: 0312-3                                    User: admin                                    Page 3 of 5
Date Rcvd: Jun 25, 2026                                Form ID: plncf13                               Total Noticed: 79

| | | | |
|---|---|---|---|
| 520888125 | Email/Text: BNSFN@capitalsvcs.com | Jun 25 2026 21:06:00 | First Nataional Bank/Legacy, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888126 | Email/Text: BNSFN@capitalsvcs.com | Jun 25 2026 21:06:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 520888127 | Email/Text: BNSFS@capitalsvcs.com | Jun 25 2026 21:06:00 | First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888128 | Email/Text: BNSFS@capitalsvcs.com | Jun 25 2026 21:06:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 520888129 | Email/Text: BNSFS@capitalsvcs.com | Jun 25 2026 21:06:00 | First Savings Bank/Blaze, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 520888130 | Email/Text: BNSFS@capitalsvcs.com | Jun 25 2026 21:06:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 520888124 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2026 21:14:20 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520888123 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2026 21:14:55 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520888132 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 25 2026 21:06:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 520888131 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 25 2026 21:06:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 520945779 + | Email/Text: gbechakas@outlook.com | Jun 25 2026 21:06:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 520941367 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2026 21:07:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520919986 + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 25 2026 21:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520888134 | Email/Text: govtaudits@labcorp.com | Jun 25 2026 21:06:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520893149 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:14:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520955977 ^ | MEBN | Jun 25 2026 21:04:53 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520888136 | Email/Text: camanagement@mtb.com | Jun 25 2026 21:07:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520888135 | Email/Text: camanagement@mtb.com | Jun 25 2026 21:07:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 520888139 | Email/Text: EBN@Mohela.com | Jun 25 2026 21:06:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520937972 | Email/Text: EBN@Mohela.com | Jun 25 2026 21:06:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520888137 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2026 21:14:15 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520888140 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 25 2026 21:06:00 | New Jersey EZ Pass, PO Box 4973, Trenton, NJ 08650-4973 |
| 520909032 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 25 2026 21:06:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520919119 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2026 21:15:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520949718 | Email/Text: bnc-quantum@quantum3group.com | Jun 25 2026 21:07:00 | Quantum3 Group LLC as agent for, Comenity |

Date Rcvd: Jun 25, 2026                     Form ID: plncf13                          Total Noticed: 79

| | | | |
|---|---|---|---|
| | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520888143 | Email/Text: enotifications@santanderconsumerusa.com | Jun 25 2026 21:07:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520908627 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 25 2026 21:07:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 520888145 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:55 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888144 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:57 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520888147 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:55 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888146 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:15:12 | Synchrony Bank/Gap, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888149 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:15:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520888148 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:15:12 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888150 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:14:16 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520888151 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 21:15:12 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520888153 | Email/Text: bknotice@upgrade.com | Jun 25 2026 21:06:00 | Uplift Inc/Flexpay, Attn: Bankruptcy, 275 Battery St Ste 2300, San Francisco, CA 94111-3366 |
| 520888154 | + Email/Text: bankruptcynotices@sba.gov | Jun 25 2026 21:06:00 | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 73

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520919988 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520920839 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520888138 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                     Signature:        /s/Gustava Winters

District/off: 0312-3                                 User: admin                                          Page 5 of 5
Date Rcvd: Jun 25, 2026                            Form ID: plncf13                                  Total Noticed: 79

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Rosemarie Crenshaw bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5